**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation, | : |
| Plaintiff, | : Civil Action No. 17-cv-829 (JMV)(MF) |
| v. | : |
| BBRS HOTELS, INC., a California Corporation; RAMESHBAI PATEL, also known as RAMESH PATEL, an individual; BHARAT PATEL, an individual; SHOBHANA PATEL, an individual; and BHAVIK PATEL, an individual, | : **AFFIDAVIT OF EFFECTUATED SERVICE FOR DEFENDANTS, BHAVIK PATEL, BHARAT PATEL AND SHOBHANA PATEL, ONLY** |
| Defendants. | |

BRYAN P. COUCH, of full age, hereby certifies and states:

1.   I am an attorney-at-law of the State of New Jersey and a shareholder of the law firm of LeClairRyan, attorneys for plaintiff, Super 8 Worldwide, Inc. ("SWI"), in the above captioned matter.  As such, I have personal knowledge of the facts contained herein.

2.   The Complaint was filed with the Court on February 8, 2017.

3.   On February 15, 2017, we forwarded the Summons and Complaint to Recon Management Group ("Recon") to effectuate personal service upon defendants Bhavik Patel, Bharat Patel and Shobhana Patel ("Defendants").

SWI 8517

4.  Despite diligent efforts and inquiry, Recon has been unable to locate defendants Bhavik Patel, Bharat Patel and Shobhana Patel.  See Affidavit of Diligent Efforts attached hereto as Exhibit A.

5.  By letter dated April 18, 2017, a true copy of which is attached hereto as Exhibit B, SWI served defendants Bhavik Patel, Bharat Patel and Shobhana Patel with a copy of the Summons and Complaint via certified and regular mail return receipt requested pursuant to Fed R. Civ. P. 4(e)(1).

I certify under penalty of perjury that the foregoing is true and correct

Bryan P. Couch

Executed on:  April 19, 2017
Newark, New Jersey

2

# EXHIBIT A

## Affidavit of Diligent Efforts as to Shobana Patel

Re: Super 8 Worldwide Inc. v. BBRS Hotels, Inc., et al

1.  Affiant, Cynthia R. Lee, is an employee of RECON Management Group, LLC and makes this affidavit on information and belief on April 13, 2017.

2.  Affiant assumed responsibility of this file on February 20, 2017 and proceeded with preliminary research to locate a viable, current address for Defendant Shobana Patel.

3.  Based on a review of the file, research and data received and processed, as well as client-supplied data, Affiant forwarded the summons and complaint on Defendant to a California server on February 27, 2017 for service on Shobana Patel at 1622 Union Ave., Bakersfield, CA 93305.

4.  On March 14, 2017 at 7:35 p.m., server attempted service on Shobana Patel at 1622 Union Ave., Bakersfield, CA.  At the time of arrival, address was to a Tropicana Motor Inn Hotel.  Server was advised by Manager, Angel Zazueta, that servee was an owner/partner of the Hotel however, subject was not there at the time of service.  Manager further stated that she did not know when subject would return.

5.  On March 28, 2017 at 9:50 a.m. server returned to same address to attempt service on Shobana Patel.  Server was advised per Angel, Hotel Manager that subject was not in.

6.  On March 29, 2017, at 12:48 p.m., server went back to 1622 Union Ave., Bakersfield, CA to effectuate service on Shobana Patel and was once again informed by the Hotel Manager that subject was not in.  Server left papers with Angel Zazueta, Hotel Manager, for service on Shobana Patel.

7.  On March 30th, California server reported to Affiant that Defendant Shobana Patel was not served at 1622 Union Ave., Bakersfield, CA. and that subject was not at the address at the time of the service attempt.  Furthermore, server reported that Hotel Manager confirmed that subject did own Hotel, however was never in at the time of service.  Server also advised that he left the papers with Angel Zazueta, Hotel Manager, for service on Shobana Patel.

8.  Affiant attempted to locate alternative addresses for Defendant and was unable to locate another verifiable alternative address to serve Defendant.  Affiant further states that the address listed at 1622 Union Ave., Bakersfield, CA is a current and viable address for Shobana Patel.

9. We have no further alternative location information for this Defendant after diligent inquiry and attempts and believe that the address listed at 1622 Union Ave., Bakersfield, CA is the last known and current address for defendant Shobana Patel. Furthermore, we believe Defendant, Shobana Patel, through its Attorney, Agents, or employees is avoiding service in this matter.

April 12, 2017

Cynthia R. Lee

RECON Management Group, LLC

30400 Telegraph Rd. #472

Bingham Farms, MI 48025

Subscribed to and sworn before me on

_April 12, 2017_ in the

State of Michigan, County of Oakland

Notary Public

JAMES DEAN SCHOENHERR
NOTARY PUBLIC, STATE OF MICH.
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan. 12, 2018
ACTING IN THE COUNTY OF Oakland

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUPER 8 WORLDWIDE, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**BBRS HOTELS, INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:17-CV-00829-JMV-MF**

TO: *(Name and address of Defendant):*

SHOBHANA PATEL

*1622 Union Ave.*
*Bakersfield, CA 93305*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LECLAIRRYAN
One Riverfront Plaza
1037 Raymond Boulevard
16th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**John Reilly**

(By) DEPUTY CLERK

ISSUED ON 2017-02-08 14:07:23, Clerk
USDC NJD

RECON MANAGMENT GROUP, LLC
30400 TELEGRAPH ROAD, SUITE 472
BINGHAM FARMS, MI 48025
(248) 540-0160

## UNITED STATES DISTRICT COURT

| | | CASE NUMBER: 2:17-CV-00829-JMV-MF |
|---|---|---|
| SUPER 8 WORLWIDE, IN.C. | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE** **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| BBR HOTELS, INC., ET AL. | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons     ☐ first amended complaint     ☐ third party complaint
   ☐ complaint     ☐ second amended complaint     ☐ counter claim
   ☐ alias summons     ☐ third amended complaint     ☐ cross claim
   ☐ other *(specify)*:

2. **Person served:**

   a. ☒ Defendant *(name:)* SHOBHANA PATEL
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where the papers were served: **1622 UNION AVE.**
                     **BAKERSFIELD, CA 93305**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☐ Federal Rules of Civil Procedure

   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☐ **Papers were served on** *(date)*:   **at** *(time)*:

   b. ☒ By **Substituted Service.** By leaving copies: ANGEL ZAZUETA - HOTEL MANAGER/EMPLOYEE
        Age: 30'S      Weight: 225      Hair: BLK      Sex: Male
        Height: 5'8      Eyes: BRN      Race: HISP      Marks:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☒ **Papers were served on** *(date)*: 03/29/2017 at *(time)*: **12:48 pm**

       4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☐ **papers were mailed on**

       6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:  *(date):*  at  *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **NORMA GUTIERREZ**
   **AMS Legal Support Services**
   **31 H. Street**
   **Bakersfield, CA 93304**
   **(661) 324-8018**

a. Fee for service: $

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server
   Registration # :#433
   County: **KERN**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 30, 2017**          **NORMA GUTIERREZ**                    *(Signature)*
                              *Type or Print Server's Name*

---

| Attorney or Party without Attorney: | FOR COURT USE ONLY |
|---|---|
| RECON MANAGMENT GROUP, LLC<br>30400 TELEGRAPH ROAD, SUITE 472<br>BINGHAM FARMS, MI 48025<br>TELEPHONE No.: (248) 540-0160   FAX No. (Optional): (248) 540-3622<br>E-MAIL ADDRESS (Optional):<br><br>Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATED DISTRICT COURT, DISTRICT OF NEW JERESEY - |

| Plaintiff: SUPER 8 WORLWIDE, IN.C. |
|---|
| Defendant: BBR HOTELS, INC., ET AL. |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | HEARING DATE: | TIME: | DEPT. | CASE NUMBER:<br>2:17-CV-00829-JMV-MF |
|---|---|---|---|---|

I, NORMA GUTIERREZ and any employee or independant contractor retained by AMS Legal Support Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on SHOBHANA PATEL as follows:
Documents:

| Date | Time | Location | Results |
|---|---|---|---|
| 03/14/2017 | 07:35 pm | Home | **Attempted service at given address-1622 Union Ave., Bakersfield, CA 93305 at time of arrival realized given address is Tropicana Motor Inn Hotel and asked for Defendant and was advised by Angel Zazueta-Manager that servee is an owner/partner of the Hotel and Defendant in not here at this time and not sure when defendant would be in.** |
| 03/28/2017 | 09:50 am | Home | **Not In At Time Of Attempt At Business Per Angel Hotel Manager** |
| 03/29/2017 | 12:48 pm | | **Not In At Time Of Attempt At Business Per Angel Zazueta, Hotel Manager, Not Sure When Servee Will Be In.** |

County:  KERN
Registration No.:  #433
AMS Legal Support Services
31 H. Street
Bakersfield, CA 93304
(661) 324-8018
http://www.amslegal.net/

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 30, 2017 at Bakersfield, CA.

Signature: *Norma Gutierrez*
NORMA GUTIERREZ

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: P181398/DilFormat.mdl

## Affidavit of Diligent Efforts as to Bharat Patel

Re: Super 8 Worldwide Inc. v. BBRS Hotels, Inc., et al

1.  Affiant, Cynthia R. Lee, is an employee of RECON Management Group, LLC and makes this affidavit on information and belief on April 13, 2017.

2.  Affiant assumed responsibility of this file on February 20, 2017 and proceeded with preliminary research to locate a viable, current address for Defendant Bharat Patel.

3.  Based on a review of the file, research and data received and processed, as well as client-supplied data, Affiant forwarded the summons and complaint on Defendant to a California server on February 27, 2017 for service on Bharat Patel at 1622 Union Ave., Bakersfield, CA 93305.

4.  On March 14, 2017 at 7:35 p.m., server attempted service on Bharat Patel at 1622 Union Ave., Bakersfield, CA.  At the time of arrival, address was to a Tropicana Motor Inn.  Server was advised by Manager, Angel Zazueta, that servee was an owner/partner of the Hotel however, subject was not there at the time of service.  Manager further stated that she did not know when subject would return.

5.  On March 28, 2017 at 9:50 a.m. server returned to same address to attempt service on Bharat Patel.  Server was advised per Angel, Hotel Manager that subject was not in.

6.  On March 29, 2017, at 12:48 p.m., server went back to 1622 Union Ave., Bakersfield, CA to effectuate service on Bharat Patel and was once again informed by the Hotel Manager that subject was not in.  Server left papers with Angel Zazueta, Hotel Manager, for service on Bharat Patel.

7.  On March 30th, California server reported to Affiant that Defendant Bharat Patel was not served at 1622 Union Ave., Bakersfield, CA. and that subject was not at the address at the time of the service attempt.  Furthermore, server reported that Hotel Manager confirmed that subject did own Hotel, however was never in at the time of service.  Server also advised that he left the papers with Angel Zazueta, Hotel Manager, for service on Bharat Patel.

8.  Affiant attempted to locate alternative addresses for Defendant and was unable to locate another verifiable alternative address to serve Defendant.  Affiant further states that the address listed at 1622 Union Ave., Bakersfield, CA is a current and viable address for Bharat Patel.

9. We have no further alternative location information for this Defendant after diligent inquiry and attempts and believe that the address listed at 1622 Union Ave., Bakersfield, CA is the last known and current address for defendant Bharat Patel. Furthermore, we believe Defendant, Bharat Patel, through its Attorney, Agents, or employees is avoiding service in this matter.

April 12, 2017

Cynthia R. Lee

RECON Management Group, LLC

30400 Telegraph Rd. #472

Bingham Farms, MI 48025

Subscribed to and sworn before me on

_April 12, 2017_ in the

State of Michigan, County of Oakland

Notary Public

JAMES DEAN SCHOENHERR
NOTARY PUBLIC, STATE OF MICH.
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan. 12, 2018
ACTING IN THE COUNTY OF Oakland

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUPER 8 WORLDWIDE, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**BBRS HOTELS, INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:17–CV–00829–JMV–MF**

TO: *(Name and address of Defendant):*

BHARAT PATEL

1422 Union Ave.
Bakersfield, CA 93305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LECLAIRRYAN
One Riverfront Plaza
1037 Raymond Boulevard
16th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**John Reilly**

(By) DEPUTY CLERK

**ISSUED ON 2017–02–08 14:07:23, Clerk**
USDC NJD

RECON MANAGMENT GROUP, LLC
30400 TELEGRAPH ROAD, SUITE 472
BINGHAM FARMS, MI 48025
(248) 540-0160

## UNITED STATES DISTRICT COURT

| | | CASE NUMBER: 2:17-CV-00829-JMV-MF |
|---|---|---|
| SUPER 8 WORLWIDE, IN.C.   Plaintiff(s) | | **PROOF OF SERVICE** |
| v. | | **SUMMONS AND COMPLAINT** |
| BBR HOTELS, INC., ET AL.   Defendant(s) | | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons      ☐ first amended complaint      ☐ third party complaint
      ☐ complaint      ☐ second amended complaint      ☐ counter claim
      ☐ alias summons      ☐ third amended complaint      ☐ cross claim
      ☐ other *(specify)*:

2. **Person served:**

   a. ☒ Defendant *(name:)* BHARAT PATEL
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where the papers were served: **1622 UNION AVE.**
      **BAKERSFIELD, CA 93305**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. ☐ Federal Rules of Civil Procedure

   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date)*:   **at** *(time)*:

   b. ☒ By **Substituted Service.** By leaving copies: ANGEL ZAZUETA - HOTEL MANAGER/EMPLOYEE
      Age: 30'S      Weight: 225      Hair: BLK      Sex: Male
      Height: 5'8      Eyes: BRN      Race: HISP      Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers

      2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date)* **03/29/2017** at *(time)*: **12:48 pm**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on**

      6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h))
(C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or
general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one
authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.
(C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person
served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of
the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California
Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid,
requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by
the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to
accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of
the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:  *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at
Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach
signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **NORMA GUTIERREZ**
   **AMS Legal Support Services**
   **31 H. Street**
   **Bakersfield, CA 93304**
   **(661) 324-8018**

   a. Fee for service: $

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☒ Registered California process server
      Registration # :**#433**
      County: **KERN**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 30, 2017**          **NORMA GUTIERREZ**                    *(Signature)*
                                  *Type or Print Server's Name*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

| Attorney or Party without Attorney | FOR COURT USE ONLY |
|---|---|
| RECON MANAGMENT GROUP, LLC<br>30400 TELEGRAPH ROAD, SUITE 472<br>BINGHAM FARMS, MI 48025<br>TELEPHONE No. (248) 540-0160          FAX No. (Optional) (248) 540-3622<br>E-MAIL ADDRESS (Optional)<br><br>Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATED DISTRICT COURT, DISTRICT OF NEW JERESEY - |

| Plaintiff: SUPER 8 WORLWIDE, IN.C. |
|---|
| Defendant: BBR HOTELS, INC., ET AL. |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>2:17-CV-00829-JMV-MF |
|---|---|---|---|---|

I, NORMA GUTIERREZ and any employee or independant contractor retained by AMS Legal Support Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on BHARAT PATEL as follows:
Documents:

| Date | Time | Location | Results |
|---|---|---|---|
| 03/14/2017 | 07:35 pm | Home | Attempted service at given address-1622 Union Ave., Bakersfield, CA 93305 at time of arrival realized given address is Tropicana Motor Inn Hotel and asked for Defendant and was advised by Angel Zazueta-Manager that servee is an owner/partner of the Hotel and Defendant is not here at thie time and not sure when Defendant would be in. |
| 03/28/2017 | 09:50 am | Home | Not In At Time Of Attempt At Business Per Angel Hotel Manager.. |
| 03/29/2017 | 12:48 pm | Home | Not In At Time Of Attempt At Business Per Angel Zazueta, Hotel Manager, Not Sure When Servee Will Be In. |

County:  KERN
Registration No.: #433
AMS Legal Support Services
31 H. Street
Bakersfield, CA 93304
(661) 324-8018
http://www.amslegal.net/

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on
March 30, 2017 at Bakersfield, CA.

Signature: _Norma Gutierrez_
NORMA GUTIERREZ

AFFIDAVIT OF REASONABLE DILIGENCE

Order#: P181399/DilFormat.mdl

## Affidavit of Diligent Efforts as to Bhavik Patel

Re: Super 8 Worldwide Inc. v. BBRS Hotels, Inc., et al

1.  Affiant, Cynthia R. Lee, is an employee of RECON Management Group, LLC and makes this affidavit on information and belief on April 13, 2017.

2.  Affiant assumed responsibility of this file on February 20, 2017 and proceeded with preliminary research to locate a viable, current address for Defendant Bhavik Patel.

3.  Based on a review of the file, research and data received and processed, as well as client-supplied data, Affiant forwarded the summons and complaint on Defendant to a California server on February 27, 2017 for service on Bhavik Patel at 1622 Union Ave., Bakersfield, CA 93305.

4.  On March 14, 2017 at 7:35 p.m., server attempted service on Bharat Patel at 1622 Union Ave., Bakersfield, CA. At the time of arrival, address was to a Tropicana Motor Inn. Server was advised by Manager, Angel Zazueta, that servee was an owner/partner of the Hotel however, subject was not there at the time of service. Manager further stated that she did not know when subject would return.

5.  On March 28, 2017 at 9:50 a.m. server returned to same address to attempt service on Bhavik Patel. Server was advised per Angel, Hotel Manager that subject was not in.

6.  On March 29, 2017, at 12:48 p.m., server went back to 1622 Union Ave., Bakersfield, CA to effectuate service on Bhavik Patel and was once again informed by the Hotel Manager that subject was not in. Server left papers with Angel Zazueta, Hotel Manager, for service on Bhavik Patel.

7.  On March 30th, California server reported to Affiant that Defendant Bhavik Patel was not served at 1622 Union Ave., Bakersfield, CA. and that subject was not at the address at the time of the service attempt. Furthermore, server reported that Hotel Manager confirmed that subject did own Hotel, however was never in at the time of service. Server also advised that he left the papers with Angel Zazueta, Hotel Manager, for service on Bhavik Patel.

8.  Affiant attempted to locate alternative addresses for Defendant and was unable to locate another verifiable alternative address to serve Defendant. Affiant further states that the address listed at 1622 Union Ave., Bakersfield, CA is a current and viable address for Bhavik Patel.

9. We have no further alternative location information for this Defendant after diligent inquiry and attempts and believe that the address listed at 1622 Union Ave., Bakersfield, CA is the last known and current address for defendant Bharat Patel. Furthermore, we believe Defendant, Bhavik Patel, through its Attorney, Agents, or employees is avoiding service in this matter.

April 12, 2017

Cynthia R. Lee

RECON Management Group, LLC

30400 Telegraph Rd. #472

Bingham Farms, MI 48025

Subscribed to and sworn before me on

_____ April 13, 2017 _____ in the

State of Michigan, County of Oakland

_____ Notary Public

JAMES DEAN SCHOENHERR
NOTARY PUBLIC, STATE OF MICH.
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan. 12, 2018
ACTING IN THE COUNTY OF Oakland

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUPER 8 WORLDWIDE, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**BBRS HOTELS, INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:17–CV–00829–JMV–MF**

TO: *(Name and address of Defendant):*

**BHAVIK PATEL**

*1622 Union Ave.*
*Bakersfield, CA 93305*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LeCLAIRRYAN**
One Riverfront Plaza
1037 Raymond Boulevard
16th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Reilly**
(By) DEPUTY CLERK

ISSUED ON 2017–02–08 14:07:23, Clerk
USDC NJD

RECON MANAGMENT GROUP, LLC
30400 TELEGRAPH ROAD, SUITE 472
BINGHAM FARMS, MI 48026
(248) 540-0160

## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| | | **CASE NUMBER:** **2:17-CV-00829-JMV-MF** |
| **SUPER 8 WORLWIDE, IN.C.** | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE** **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| **BBR HOTELS, INC., ET AL.** | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons     ☐ first amended complaint     ☐ third party complaint
       ☐ complaint     ☐ second amended complaint     ☐ counter claim
       ☐ alias summons     ☐ third amended complaint     ☐ cross claim
       ☐ other *(specify)*:

2. **Person served:**

   a. ☒ Defendant *(name:)* **BHAVIK PATEL**
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where the papers were served: **1622 UNION AVE.**
                                                      **BAKERSFIELD, CA 93305**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. ☐ Federal Rules of Civil Procedure

   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☒ By **Substituted Service.** By leaving copies: **ANGEL ZAZUETA - HOTEL MANAGER/EMPLOYEE**
         **Age: 30'S**     **Weight: 225**     **Hair: BLK**     **Sex: Male**
         **Height: 5'8**     **Eyes: BRN**     **Race: HISP**     **Marks:**

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☒ **Papers were served on** *(date):* **03/29/2017** at *(time):* **12:48 pm**

       4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☐ **papers were mailed on**

       6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.  (C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20.  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5.   Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:  *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6   At the time of service I was at least 18 years of age and not a party to this action

7   Person serving *(name, address and telephone number):*

**NORMA GUTIERREZ**
**AMS Legal Support Services**
**31 H. Street**
**Bakersfield, CA 93304**
**(661) 324-8018**

a.  Fee for service: $

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server
       Registration # :**#433**
       County: **KERN**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 30, 2017**       _____        _____
                                 **NORMA GUTIERREZ**                    *(Signature)*
                                 *Type or Print Server's Name*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV 1 (03/10)

PAGE. 2
P181397

| Attorney or Party without Attorney | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| RECON MANAGMENT GROUP, LLC<br>30400 TELEGRAPH ROAD, SUITE 472<br>BINGHAM FARMS, MI 48025<br>TELEPHONE No.: (248) 540-0160   FAX No. (Optional): (248) 540-3622<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATED DISTRICT COURT, DISTRICT OF NEW JERESEY - | | | | |
| Plaintiff: SUPER 8 WORLWIDE, IN.C. | | | | |
| Defendant: BBR HOTELS, INC., ET AL. | | | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:17-CV-00829-JMV-MF |
|---|---|---|---|---|

I, NORMA GUTIERREZ and any employee or independant contractor retained by AMS Legal Support Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on BHAVIK PATEL as follows:
Documents:

| Date | Time | Location | Results |
|---|---|---|---|
| 03/14/2017 | 07:35 pm | Home | **Attempted service at given address-1622 Union Ave., Bakersfield, CA 93305 at time of arrival realized given address is Tropicana Motor Inn Hotel and asked for Defendant and was advised by Angel Zazueta-Manager that servee is an owner/partner of the Hotel and Defendant is not here at this time and not sure when defenant would be in.** |
| 03/28/2017 | 09:50 am | Home | **Not In At Time Of Attempt At Business Per Angel Hotel Manager.** |
| 03/29/2017 | 12:48 pm | | **Not In At Time Of Attempt At Business Per Angel Zazueta, Hotel Manager, Not Sure When Servee Will Be In** |

County:  KERN
Registration No.: #433
AMS Legal Support Services
31 H. Street
Bakersfield, CA 93304
(661) 324-8018
http://www.amslegal.net/

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 30, 2017 at Bakersfield, CA.

Signature: _NORMA GUTIERREZ_

AFFIDAVIT OF REASONABLE DILIGENCE

Order#: P181397/DilFormat.mdl

# EXHIBIT B



LECLAIRRYAN

April 18, 2017

**VIA REGULAR & CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Bhavik Patel
1622 Union Avenue
Bakersfield, CA 93305

Shobhana Patel
1622 Union Avenue
Bakersfield, CA 93305

Bharat Patel
1622 Union Avenue
Bakersfield, CA 93305

Re:   **Super 8 Worldwide Inc. v. BBRS Hotels, Inc., et al.**
      **Civil Action No. 17-cv-829**
      **Site No. SWI 8517**
      **Client/Matter No. 23839.1715**

Dear Sir or Madam:

Enclosed for service upon you is a Summons and Complaint filed against defendants BBRS Hotels, Inc., Bhavik Patel, Shobhana Patel, Bharat Patel and Ramesh Patel in the United States District Court for the District of New Jersey. Please be guided accordingly.

Very truly yours,

Bryan P. Couch
Attorney at Law

BPC/mkb
Enclosures

E-mail: Bryan.Couch@leclairryan.com
Direct Phone: (973) 491-3582
Direct Fax: (973) 491-3632

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Malinda Miller, Attorney In Charge
Phone: (973) 491-3600 \ Fax: (973) 491-3555

CALIFORNIA \ CONNECTICUT \ DELAWARE \ FLORIDA \ GEORGIA \ ILLINOIS \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ RHODE ISLAND \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM